BILL LOCKYER
Attorney General of the State of California
TERESA L. STINSON
Supervising Deputy Attorney General
GEORGE PRINCE #133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5749
 Fax:  (415) 703-5480

Attorneys for Defendants California
Department of Social Services

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA ALLIANCE OF CHILD & FAMILY SERVICES,**<br><br>                                                  Plaintiff ,<br><br>           v.<br><br>**CLIFF ALLENBY, Interim Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity**<br><br>                                                  Defendants. | CASE NO. C 06-4095 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**; **AND ORDER GRANTING EXTENSION OF TIME**   ~~[PROPOSED]~~<br><br>Complaint filed:  June 30, 2006 |

**STIPULATION AND [PROPOSED] ORDER**

It is hereby stipulated by and between the parties as follows:

1. Plaintiff filed the Complaint in this matter on June 30, 2006, and within four court days had personally served the Complaint on both Defendants, officials of the California Department of Social Services (Department.)  The Department accepted service on behalf of all defendants on July 6, 2006, and are hereby entering their first appearance for them and confirming that service of the summons and complaint is completed.  Accordingly, the Department's response to the Complaint is due twenty days after defendants were served, i.e., on July 26, 2006.  However, the defendants are unable to adequately respond to the Complaint within the allotted twenty days, in part because the Attorney General's Office, appearing as

1  counsel for defendants, only recently received the Complaint.  For this reason, Plaintiff has
2  agreed to a thirty-day extension of time for the defendants to file and serve their response to the
3  Complaint, to and including August 25, 2006.
4      2.   Since the Complaint was recently filed, this extension of time will not conflict with the
5  case management deadlines set by the Court in the Order Setting Initial Case Management
6  Conference, filed on June 30, 2006.
7      3.   Good cause exists for the requested extension of time because this case presents
8  complex issues of law, fact, and government policies.  The Complaint seeks a jury trial,
9  declaratory and injunctive relief under the Civil Rights Act for alleged violations of the Child
10 Welfare Act, attorneys fees, and all costs of suit.  Plaintiff is an association of service providers
11 that operate group homes and which receive payment from the Department for the group home
12 services they provide.  Plaintiff alleges that the payments received by their members are
13 insufficient and seeks to enjoin defendant's utilization of the Rate Classification Level (RCL)
14 system of payments to service providers.  The RCL consists of 14 different rate levels,
15 depending upon the level of services provided.  In addition to seeking an injunction and a
16 declaration that the RCL violates federal law, plaintiff seeks an order requiring the Department
17 to develop and implement a new payment system, and to make interim adjustments to payments
18 pending implementation of new rates.  Due to the complexities of this case, plaintiff stipulates to
19 a 30-day extension of time, to August 25, 2006, for defendants to respond to the Complaint.

20 Dated: July 25, 2006                                             /s/_____
21                                                                       William F. Abrams
                                                                        Attorney for Plaintiff
22
23 Dated: July 25, 2006                                             /s/_____
                                                                        George Prince
24                                                                         Attorney for Defendants

25 FOR GOOD CAUSE SHOWN, AND PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27 Dated: July 26, 2006 _____                                      _____
PATEL
28

40100653.wpd / SF2006401941

Stip. to Extend Time re Response to Complaint; Order     *California Alliance etc. v. Allenby, et al.*     C06-4095 MHP

2

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*