BINGHAM McCUTCHEN LLP
William F. Abrams (SBN 88805)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800
Email: william.abrams@bingham.com

Bingham McCutchen LLP
ROXANNE TORABIAN-BASHARDOUST (SBN 222994)
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071-3109
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
E-mail: roxanne.t@bingham.com

Attorneys for Plaintiff
CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CLIFF ALLENBY, Interim Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 06-4095 MHP<br><br>**STIPULATION TO CONTINUE MOTION AND HEARING DATES RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER GRANTING CONTINUANCE**<br><br>Complaint filed: June 30, 2006<br><br>Courtroom: 15, 18th Floor<br>Judge: The Honorable Marilyn H. Patel |

LA/40374944.1/0999995-2960011882

**STIPULATION AND [PROPOSED] ORDER**

On November 13, 2006, the Court issued Civil Pretrial Minutes (the "Minutes") which included dates for the parties to file cross-motions for summary judgment ("to be filed by 4/2/2007"), oppositions ("to be filed by 4/16/2007"), and set a hearing date for such motions at 2:00 p.m. on 5/7/2007; the Minutes provided that no replies are to be filed.

On February 1, 2007, the parties in good faith attended a mediation conducted by the Hon. Read Ambler. After a full-day mediation, during which counsel and several party representatives attended, the parties were not able to resolve any of the disputed issues in this matter. The parties did begin a useful process of trying to define issues in dispute and streamlining the discovery process.

For the past several weeks, the parties and counsel have invested time and resources in conferring on an efficient way to conduct discovery in this case. For example, counsel for the parties are discussing factual and legal issues on which they may reach agreement, and ones on which they may not, to attempt to narrow the disputes and streamline the proceedings, and are committed to continuing this process through the discovery process and before filing of summary judgment motions.

The parties began discovery after the mediation, but will not have completed discovery by the April 2 and April 16 deadlines set by the Court for filing and opposing cross-motions for summary judgment. The parties are attempting to use their time productively to refine the process and narrow disputed areas during this time. Furthermore, lead counsel for Plaintiff will be on jury duty during the first week of April 2007, lead counsel for Defendants has prior commitments for the second week of April 2007, and lead counsel for Plaintiff will be in trial starting August 13, 2007.

Therefore, the parties hereby stipulate and agree to the following, for the purpose of facilitating an efficient discovery process and focused issues for the Motions for Summary Judgment:

1. Cross-motions for summary judgment are to be filed by July 16, 2007.

2. Oppositions to the Motions for Summary Judgment are to be filed by August 13,

LA/40374944.1/0999995-2960011882    2

STIPULATION TO CONTINUE MOTION AND HEARING DATES RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER GRANTING CONTINUANCE; CASE NO. C 06-4095 MHP

1  2007.

2  3. No replies to the Oppositions are to be filed.

3  4. The Cross-Motions are to be heard by the Court on August 27, 2007 at 2:00 p.m., or as
4  soon thereafter as the Court's calendar allows.

5  5. Good cause exists for the requested continuance of the hearing date as the parties must
6  be given the opportunity to complete the discovery process before filing motions for summary
7  judgment and the parties had stayed discovery until after the mediation.

DATED: March 14, 2007            BINGHAM McCUTCHEN LLP

By: _____/s/_____
Roxanne Torabian-Bashardoust
Attorneys for Plaintiff
CALIFORNIA ALLIANCE OF CHILD AND
FAMILY SERVICES

DATED: March 14, 2007

By: _____/s/_____
George Prince
Attorneys for Defendants
CALIFORNIA DEPARTMENT OF SOCIAL
SERVICES

Pursuant to General Order No. 45, Section X, I attest that concurrence in the filing of this document has been obtained from Mr. Prince.

FOR GOOD CAUSE SHOWN, AND PURSUANT TO THE STIPULATION, IT IS **SO ORDERED**.

DATED: March 16, 2007    _____
HONORABLE
U.S. District
Northern District

IT IS SO ORDERED
Judge Marilyn H. Patel

LA/40374944.1/0999995-2960011882             3

STIPULATION TO CONTINUE MOTION AND HEARING DATES RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER GRANTING CONTINUANCE; CASE NO. C 06-4095 MHP