1
2
3
4
5
6

UNITED STATES  DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9   CALIFORNIA ALLIANCE OF CHILD AND
    FAMILY SERVICES,
10                                                    No. C 06-04095 MHP
                    Plaintiff,
11          v.                                        **MEMORANDUM & ORDER**
                                                      **Re: Motion for Leave to file a Motion**
12   CLIFF ALLENBY and MARY AULT,                     **for Reconsideration and Relief from**
                                                      **Judgment**
13                  Defendants.
    _____/
14

15          On March 24, 2008 plaintiff California Alliance of Child and Family Services ("California

16   Alliance") filed a motion for leave to file a motion for reconsideration and relief from judgment.  For

17   the reasons stated below, California Alliance's motion for leave is DENIED.

18          For a background of this action, refer to Docket No. 57, which grants defendants' motion for

19   summary judgment and denies plaintiff's motion for summary judgment.  In essence, the court held

20   that California's statutory scheme, which provides group homes foster care providers with

21   approximately 80% of the costs associated with the items enumerated in the Child Welfare Act, was

22   in compliance with federal law.  This court further held that without further increases over time of

23   payments made to the providers, the California system may well be in violation of federal law.

24          Plaintiff now argues that the governor of the state of California has recently proposed a

25   budget that proposes further cuts in California's spending with respect to group homes.  This, they

26   contend, is in violation of federal law for two reasons: 1) the proposed budget reduces the payout to

27   group foster care facilities to 70% of the costs associated with the items enumerated in the Child

28   Welfare Act; and 2) the proposed budget will force group homes to provide sub-standard care or

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1    shut down.

2        Plaintiff's argument, however, suffers from a fatal flaw.  The governor's proposed budget

3    has not yet been adopted by the State legislature, nor is there any evidence that it will be adopted

4    without substantial revisions by the California legislature.  Thus, the issue of whether the proposed

5    budget if adopted, will be in violation of federal law, is unripe for adjudication at this time.  The

6    injury to plaintiff, if any, is speculative and may never occur.  See, e.g., Ohio Forestry Assn., Inc. v.

7    Sierra Club, 523 U.S. 726 (1998) (environmental group's challenge is not ripe when modification in

8    the plan remains possible).  Indeed, in Ohio Forestry Assn., Inc., changes to the plan remained

9    possible just as changes to the proposed budget remain possible here.  Id. at 735 ("the possibility

10   that further consideration will actually occur before the Plan is implemented is not theoretical, but

11   real.").

12       For the foregoing reasons, plaintiff's motion for leave to file a motion for reconsideration

13   and relief from judgment is DENIED.

14       IT IS SO ORDERED.

15   Dated: April 9, 2008

16

17                                                    MARILYN HALL PATEL
                                                     United States District Court Judge
18                                                   Northern District of California

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

2