UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ALLIANCE OF CHILD AND FAMILY SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>CLIFF ALLENBY, Interim Director of the California Department of Social Services, in his official capacity, and MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | No. C 06-4095 MHP<br>Related to No. C 09-4398 MHP<br><br>**ORDER**<br><br>**Re: February 26, 2010 letter requesting amended judgment** |

On February 24, 2010, this Court issued a judgment in this action. Docket No. 92. Two days later, counsel for defendants apprised the court of their concerns with the judgment. Docket No. 93. The court seeks a response from plaintiff regarding defendants' claim that Welfare and Institutions Code section 121462(m) is not part of the RCL rate-setting methodology. Within ten (10) days of the date of this order, plaintiff shall file a written response, not to exceed five (5) pages, regarding solely this issue. Defendants may file a written response, not to exceed five (5) pages, within ten (10) days of plaintiff's submission.

IT IS SO ORDERED.

Dated: March 10, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California